# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RENE F. FERNANDEZ,

    Petitioner,

vs.

JAMES GREG COX, et al.,

    Respondents.

Case No. 2:13-cv-02158-GMN-VCF

**ORDER**

Petitioner has submitted a motion for reconsideration to the motion for appointment of counsel (ECF No. 28). Nothing in the motion would cause the court to depart from its denial of petitioner's motion for appointment of counsel (ECF No. 19).

Respondents have submitted a motion for extension of time (ECF No. 29). The court grants the motion and notes that respondents have filed a motion to dismiss (ECF No. 30).

Petitioner has submitted a motion for continuance of time (ECF No. 33). The court grants this motion.

**IT IS THEREFORE ORDERED** that petitioner's motion for reconsideration to the motion for appointment of counsel (ECF No. 28) is **DENIED**.

**IT IS FURTHER ORDERED** that respondents' motion for extension of time (ECF No. 29) is **GRANTED**.

**IT IS FURTHER ORDERED** that petitioner's motion for continuance of time (ECF No. 33) is **GRANTED**. Petitioner shall have through April 10, 2015, to file and serve a response to respondents' motion to dismiss (ECF No. 30).

**DATED** this 17th day of March, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court